FILED
US DISTRICT COURT
WESTERN DISTRICT CLERK
OF KY
20 JUL -7 PM 1:31

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Gary Dewayne Weber
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Louisville Metro Police Department
+ Carrollton Police Department

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:20-cv-479-CRS
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Gary Dewayne Weber
Street Address: 2418 Garland Avenue Apartment 2
City and County: Louisville, Jefferson County
State and Zip Code: Kentucky, 40211
Telephone Number: (502) 572-9198
E-mail Address: gweber4386@aol.com
Carroll County Ky sheriff.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Metro Louisville Police Department
Job or Title (if known): Peace officer
Street Address: 633 W. Jefferson
City and County: Louisville, Jefferson County
State and Zip Code: Kentucky
Telephone Number: 502 574-7111
E-mail Address (if known):

Defendant No. 2

Name: Carrollton Kentucky Police
Job or Title (if known): Peace office
Street Address: 750 Clay Street 41008
City and County: Carrollton or Carroll County

2

State and Zip Code 750 Clay Street 41008
Telephone Number (502) 732-6621
E-mail Address gweber4386@aol.
(if known)

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

II.  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. right to not to be single out Krs. 526.060 list Invasion of privacy, Equal Protection, Religius Views from the entity that intruded, and my good sprrit. Right to Peaceful Assembly, Reading Comprehension all three level The fight to my on minds eye

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Gary Dewayne Weber is a citizen of the State of *(name)* Kentucky.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Metro Louisville Police Department is a citizen of the State of *(name)* Kentucky. Or is a citizen of *(foreign nation)* USA.

4

b. If the defendant is a corporation

The defendant, *(name)* __Metro Louisville Polices__
incorporated under the laws of the State of *(name)*
__Peace office__, and has its principal place of
business in the State of *(name)* __Kentucky__. Or is
incorporated under the laws of *(foreign nation)*
__None__, and has its principal place of
business in *(name)* __United State America__

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

__Yes! because lost wage or punitive damages, special damages such as pain and suffering and out of pocket loss.__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__Peace office avoid make arrest on on people + Badgering me and others, Peace office using other to Badgering or Badgering me about being a good person turning a or Negative life style a Had to a positive one and the Peace office found Negative people to bother me and others__

5

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Emotional suffering, Police brutality, Doctor Bills, adult abuse, $90,000 punitive damages it every day with these group of Cop's playing Charades + Manizer, stocking

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-7, 2020.

Signature of Plaintiff   *Gary D. Weber*
Printed Name of Plaintiff   Gary Dewayne Weber

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney          _____
Printed Name of Attorney       _____
Bar Number                     _____
Name of Law Firm               _____
Address                        _____
Telephone Number               _____
E-mail Address                 _____

The Peace office avoid make arrested on men & women constantly allowing them Badgering to go on for a number of yrs 4 or more with one group of people and the guy had a new girlfriend that I didn't know and they have been stocking me for a number of years heckling intercupt even when I sleep. aggressive comments single me out with them stocking me the cops was let them do that and it turn in to the first group it got worse the cop was leting them do crimes around me and to me one was Krs. 514.160 theft of identity act like they was relaved to me. Krs 514.080 Theft by extortion they was get money of stranger to leave me Gary Dewayne Weber alone. Krs 506.010 Criminal attempt to murder the guys girlfriend then was trying to act like we or if not I and my family was cool or even friends new friends all these adult abuse Krs. 209.020

was with them Krs 439.340 Krs 527.200, 527.205, or 527.210 ese, then the Cops was letting another group that I didn't even know act the same with them or my new friends, Plus the two groups of people and my new good friend was getting mix up with the friends that I got rid of were the cops was Allowing the bad friend make Krs 519.040 False reporting, The Cop allowing another group of people all girls bad girls at that, the cop let them Krs 517.030 False advertising are my Job, Krs 520.095 sexual & Harassment Terroristic threat Krs 508.075 & 508.080 & 508.708 plus Krs 509.040 Kidnapping the cop was letting this gang for some yrs 3 or 4 Krs. 512.020 to all degree Krs 511.020 Burglary these is and Here in Jefferson Ky & Carrollton Ky.

This caused person to come up missing Krs 39F.010 Krs 39F.990 and my girlfriend Krs 395.030 is missing for a number a months.

plas this caused a person.a missing